# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 18, 2011

Mr. William Putnicki
Western District of Texas, Austin
United States District Court
200 W. 8th Street
Room 130
Austin, TX 78701

　　　No. 10-50990,  USA v. Jeremy Watnick
　　　　　USDC No. 1:06-CR-190-1

Enclosed, for the district court only, is a copy of the judgment
issued as the mandate.

Enclosed, for the district court only, is a copy of the court's
opinion.

Record/original papers/exhibits are returned:

( 1 ) SEALED Envelope

The electronic copy of the record has been recycled.

　　　　　　　　　Sincerely,

　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　By: _____
　　　　　　　　　Nancy F. Dolly, Deputy Clerk
　　　　　　　　　504-310-7683

cc: (letter only)
　　　Mr. Joseph H. Gay Jr.
　　　Mr. Michael Robert Hardy
　　　Mr. Andrew S. Miller
　　　Honorable Sam Sparks

P.S. to Judge Sparks:  A copy of the opinion was sent to your
office via email the day it was filed.